# United States District Court
## Eastern District of Wisconsin

### JUDGMENT IN A CIVIL ACTION

**S.Q., by her next friend EBONY CRUMBLE,**

Plaintiff,

v.                                        Case No. **20-CV-1585**

**KETTLE MORAINE SCHOOL DISTRICT,**

Defendant.

☒   **Decision by Court.**  This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment is entered in favor of the defendant and against the plaintiff on the plaintiff's action pursuant to Title VI of the Civil Rights Act of 1964, alleging deliberate indifference to a racially hostile educational environment.

This action is hereby **DISMISSED WITH PREJUDICE**.

Date: June 23, 2022

Gina M. Colletti, Clerk of Court
EASTERN DISTRICT OF WISCONSIN
(By) Deputy Clerk, s/ Linda M. Zik

Approved this 23rd day of June, 2022.

_WILLIAM E. DUFFIN_
WILLIAM E. DUFFIN
United States Magistrate Judge